■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BROWN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Jefferson County Court, Parker, J.—attempted burglary, second degree.) Present—Callahan, J. P., Denman, Boomer, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL LOVE, Appellant.—Case held, decision reserved, motion to relieve counsel from assignment granted, and new counsel to be assigned. Memorandum: On review of the record, we find at least one possible nonfrivolous issue concerning defendant's conviction of assault in the first degree (Penal Law § 120.10 [1]). Particularly, we question whether the record contains sufficient proof of serious physical injury (see, Penal Law § 10.00 [10]). New counsel will be assigned to submit full briefs before we consider the appeal (see, People v Gaines, 122 AD2d 565). (Appeal from judgment of Ontario County Court, Henry, Jr., J.—assault, first degree, and burglary, second degree.) Present—Dillon, P. J., Boomer, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GORDON E. GLIDDEN, JR., Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Monroe County Court, Connell, J.—burglary, second degree.) Present—Callahan, J. P., Doerr, Denman, Green and Pine, JJ.

■ In the Matter of MICHAEL J.—Appeal unanimously dismissed without costs (see, Matter of Tanya B., 127 AD2d 1011, lv denied 70 NY2d 612). (Appeal from order of Erie County Family Court, Notaro, J.—juvenile delinquency.) Present—Dillon, P. J., Callahan, Doerr, Green and Balio, JJ.

■ In the Matter of KENNETH CUNNINGHAM, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of the Department of Correctional Services, et al., Respondents.—Proceeding unanimously dismissed as moot. (Article 78 proceeding transferred by order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.